UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the matter of:
Steel, Shannon M.

Case No. 14-59326
Chapter 7
Hon. Phillip J. Shefferly

________________________Debtor(s)______/

## AFFIDAVIT

State of Michigan )
)Ss.
County of Wayne )

Shannon M. Steel, first being duly sworn, deposes and says as follows:

1. I am the Debtor in this case.

2. I HAVE NOT FILED MY 2012 & 2013 TAX RETURNS BECAUSE I DID NOT HAVE ENOUGH INCOME.

Further your affiant says not.

__/s/ _Shannon M._Steel________________

SHANNON M. STEEL

Subscribed and sworn to before me this_19th
day of _December____________, 2014.
___/s/Hawraa Al-aridhi______________________
HAWRAA AL-ARIDHI, NOTARY PUBLIC
Wayne County, Michigan
My Commission Expires: January 18, 2019
Acting for Wayne County