UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Shannon Monet Steel | ) | BANKRUPTCY NO. 14-59326 |
| | ) | |
| | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2017 I electronically filed ORDER GRANTING LEAVE FOR COUNSEL TO WITHDRAW AS COUNSEL OF RECORD FOR DEBTOR with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Jason Canvasser jcanvasser@clarkhill.com, jconstantino@clarkhill.com
Linda G. Carr lindaca@uawlsp.com
Dean R. Nelson dnelson@tauntlaw.com
Charles Taunt teetaunt@tauntlaw.com, cjt@trustesolutions.net
Kurt Thornbladh kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Larissa Waltman larissa@waltmanlawfirm.com

And I hereby certified that I have mailed by United States Postal Service the Paper(s) to the following non-ECF participants:

Shannon Monet Steel
31084 Appelwood Lane
Farmington Hills, MI 48331-1212.

Date:February 25, 2017

**/s/ Kurt Thornbladh**
Attorney for Debtor(s)
Thornbladh Legal Group PLLC
7301 Schaefer
Dearborn, MI 48126
(313) 943 2678
kthornbladh@gmail.com
P25858